**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7157**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

ALEXANDER TILEKE KING,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-cr-00159-D-1)

_____

Submitted:  May 22, 2025                                      Decided:  May 27, 2025

_____

Before KING, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alexander Tileke King, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Tileke King appeals the district court's order denying him a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. "We review a district court's decision [whether] to reduce a sentence under [18 U.S.C.] § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no error. The court correctly determined that King was eligible for a reduction based on Amendment 821 to the Sentencing Guidelines and clearly understood its authority to reduce King's sentence but declined to grant a reduction based on its review of the 18 U.S.C. § 3553(a) factors.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*